**No. 10-9995. Patrick Wood, Petitioner v. Kevin Milyard, Warden, et al.**

565 U.S. 1188, 132 S. Ct. 1307, 181 L. Ed. 2d 1035, 2012 U.S. LEXIS 1071.

February 17, 2012. Motion of the Solicitor General for leave to participate in oral

**1035**

argument as amicus curiae and for divided argument granted.

565 U.S. 1188, 132 S. Ct. 1307, 181 L. Ed. 2d 1036, 2012 U.S. LEXIS 1072.

February 17, 2012. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.